

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00265-CV

JEFFREY D. WESTBROOK                                     APPELLANT

V.

DAVID F. FONDREN, FRANK D.                              APPELLEES
HOKE, GARY L. JOHNSON, JOHN
PATRICK, RODNEY COOPER,
GARY WEST, DEBORAH FORD,
JAMES MOONEYHAM, JIMMY
WEBB, PRISCILLA MORALES,
JIMMY BOWMAN, VICKIE
BARROW, KELLI WARD, PATSY
BELL, DANNY HORTON, ROY
MONROE, AND SHERILYN TRENT

------------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]See Tex. R. App. P. 47.4.

This appeal has a convoluted history, which we will not recite here. Appellant Jeffrey D. Westbrook's brief in this portion of his appeal was due on January 24, 2011. Subsequently, Westbrook filed a motion to hold the appeal in abeyance; the motion was denied, and Westbrook's brief was ordered to be filed on March 28, 2011. On March 29, 2011, this court partially granted Westbrook's request for an extension of time to file his brief, extending the briefing deadline from March 28, 2011 to May 12, 2011.

On May 24, 2011, we notified Westbrook that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless Westbrook or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3.

On June 2, 2011, we received a response from Westbrook. Westbrook attached a copy of a May 25, 2011 letter to the trial court in which he requested injunctive relief because his law books and legal documents had been confiscated on May 19, 2011, and because he was placed on "legal material suspension" for one year. The confiscation of his law books on May 19 does not, however, explain why he could not comply with the May 12 deadline for filing his appellate brief. *See* Tex. R. App. P. 38.8(a)(1).

2

Because Westbrook's brief was originally due on January 24, 2011, and has not been filed and because no reasonable explanation has been provided for the failure to file the brief by May 12, 2011, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  June 23, 2011